UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ramon Montero,

Defendant.

14-CR-307 (AJN)

SEALED ORDER

ALISON J. NATHAN, District Judge:

On February 22, 2016, the Court ordered the parties to provide a sentencing status update on or before May 23, 2016. The Court has not yet received the required update and the parties are directed to submit it on or before May 31, 2016.

This order shall be filed under seal.

SO ORDERED.

Dated: May 27, 2016
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1